THE DESCENDANTS PROJECT

VERSUS

LUCIEN J. GAUFF, III, ASSESSOR AND
GREENFIELD LOUISIANA, LLC

NO. 24-C-276

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 09, 2024

Linda Wiseman
First Deputy Clerk

---

### ON APPLICATION FOR REHEARING

---

Panel composed of Stephen J. Windhorst,
John J. Molaison, Jr., and Amanda L. Calogero, Pro Tempore

**<u>DENIED WITHOUT REASONS</u>**

**JJM**
**SJW**
**ALC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/09/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-276**

### E-NOTIFIED

40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Peter J. Butler, Jr. (Respondent)

Clare M. Bienvenu (Relator)
William B. Most (Respondent)
Richard G. Passler (Respondent)

### MAILED

Louis E. Buatt (Relator)
Attorney at Law
1200 Camellia Boulevard
Suite 300
Lafayette, LA 70508

Caroline Gabriel (Respondent)
Attorney at Law
201 St. Charles Avenue
Suite 2500 No. 9685
New Orleans, LA 70170

Brian A. Eddington (Respondent)
Attorney at Law
2111 Quail Run Drive
Baton Rouge, LA 70808

Paul M. Adkins (Relator)
Attorney at Law
450 Laurel Street
Suite 1601
Baton Rouge, LA 70801

Kayla M. Jacob (Respondent)
Attorney at Law
909 Poydras Street
Suite 1500
New Orleans, LA 70112